UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-CR-20056 |
| MEGAN STEWARDSON, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Assistant United States Attorney John D. Hoelzer hereby enters his appearance as co-counsel on behalf of the United States of America to assist counsel in the litigation of all forfeiture issues in the above-entitled cause.

Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

By: *s/John D. Hoelzer*
John D. Hoelzer, IL Bar No. 6295098
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Email: john.hoelzer@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on December 5, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record.

                      By: *s/John D. Hoelzer*
                           John D. Hoelzer, IL Bar No. 6295098
                           Assistant United States Attorney
                           United States Attorney's Office
                           318 South Sixth Street
                           Springfield, IL 62701
                           Telephone: 217-492-4450
                           Email: john.hoelzer@usdoj.gov